FILED

UNITED STATES COURT OF APPEALS

MAR 02 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-10242 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 4:06-cr-00530-CKJ-GEE<br>District of Arizona,<br>Tucson |
| v. | |
| VICTOR HUERTA-MARTINEZ, AKA<br>Jose Manzo-Lopez, | ORDER |
| Defendant - Appellant. | |

The motion of Myrna R. Beards, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 80-81 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by April 15, 2009. On or before May 15, 2009, appellee shall file the answering brief or notify this court by letter that it stands on its November 13, 2008, notification

SR/Research

that no answering brief will be filed.  If appellee files the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this court the clerk's record within 10 days of receipt of this order.  *See* 9th Cir. R. 11-4.4.

The Clerk shall serve a copy of this order on appellant Victor Huerta-Martinez individually at Reg. No. 45363-359, USP Lompoc, 3901 Klein Blvd., Lompoc, CA 93436, as well as on counsel for appellant.

>FOR THE COURT:
>
>MOLLY C. DWYER
>CLERK OF COURT
>
>By: Sandy Roth
>Deputy Clerk